ACCEPTED
05-14-01618-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
1/29/2015 6:24:04 PM
LISA MATZ
CLERK

Cause No. 05-14-01618-CV

| | | |
|---|---|---|
| Henry S. Miller Brokerage, LLC | § | Court of Appeals |
| *Appellant (Plaintiff below)* | § | |
| vs. | § | 5TH District of Texas |
| | § | |
| Ruth Mae Sanders | § | |
| *Appellee (Defendant below)* | § | Dallas, Texas |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
1/29/2015 6:24:04 PM
LISA MATZ
Clerk

## APPELLANT'S UNOPPOSED MOTION
## FOR EXTENSION TO FILE BRIEF

1.  Appellant's brief is due today, Thursday, January 29[1].

2.  Appellant seeks a four-day extension to Monday, February 2.

3.  The undersigned Jamie Wall is the attorney responsible for preparing Appellant's brief. On Friday, January 23, Wall was retained as new counsel for a party in a pending lawsuit in which depositions were scheduled for Monday and Tuesday, January 26 and 27. Case study, preparation, and attendance at the depositions consumed much of the weekend and all of January 26-27, which unexpectedly delayed Wall's commencement of Appellant's brief. Thereafter and during the course of preparing the brief, Wall determined that additional legal research and analysis was necessary, which further retarded progress on the brief.

4.  The brief is underway, but will not be finished and ready to file by today's deadline. Out of an abundance of caution, Appellant seeks to extend the deadline to Monday, February 2.

5.  No previous extensions to file the brief have been granted or requested.

6.  **Certificate of Conference**: Appellee's counsel is Douglas C, Kittelson. In response to Wall's telephone voice message this afternoon to confer about this motion, Kittelson sent Wall a text message expressing his non-opposition to the extension. See **Exhibit A** (copy of text message).

---

[1] **All dates referenced in this motion are in 2015 unless otherwise stated**

**Appellant's Unopposed Motion for Extension to File Brief**          **Page 1**

Wherefore, Appellant prays for an extension to Monday, February 2, 2015 to file Appellant's brief.

**Certificate of Service:** On January 29, 2015, a true copy of this instrument was e-served on Appellee's counsel through the Texas online filing system.

Respectfully submitted,

*s/ Jamie Wall*

By: _____

    Jamie Wall
    Attorney at Law
    State Bar No. 20756700
    9551 Milltrail Drive
    Dallas, Texas 75238
    Telephone:    214-675-5534
    jwall@sanijet.com

ACKERMAN & SAVAGE
*Attorneys and Counselors*

8226 Douglas Ave., Suite 330
Dallas, TX 75225
214-346-4200 (Telephone)
214-346-4201 (Facsimile)

W. RANDALL ACKERMAN
State Bar No. 00832475
STEVEN T. RAMOS
State Bar No. 00784812
cyh@ackermansavage.com

**ATTORNEYS FOR APPELLANT**



iMessage
Today 1:50 PM

Monday is fine for an extension to file your brief

Thanks. I'll so represent In certificate of conference

Delivered



EXHIBIT
A
Blumberg No. 5208

  iMessage                    Send